JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANDRA RUTHERFORD, | ) | CASE NO.:  11-CV-6679 CAS (JCx) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| VANDENBERG, CHASE AND ASSOCIATES, LLC d/b/a ROSENTHAL, STEIN AND ASSOCIATES, LLC and DOES 1 through 10, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE having been shown, in the interest of justice, Plaintiff's unopposed motion for default judgment is granted, and the Clerk of the Court is directed to enter judgment as follows:

    a)  Judgment in favor of the Plaintiff in the sum of **$12,000.00**;

    b)  And for attorney's fees in the sum of **$1,320.00**;

    c)  And for costs in the sum of **$688.65;**

    d)  Together with legal interest from the date of issuance.

Dated: October 22, 2012

_____
Christina A. Snyder
UNITED STATES DISTRICT JUDGE

*Rutherford v Vandenberg, Chase & Assoc.,LLC, et al*, case no. 11-CV-6679 CAS (JCx)
(Proposed) Order re Default Judgment